UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

SHEILA RUDOLPH, )
)
        Plaintiff, )
)
vs. )   1:11-cv-1164-JMS-DKL
)
ROBERT RIFKIN, )
)
        Defendant. )

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's request to proceed in forma pauperis is **granted [dkt. 2]**.

2. A district court possesses only the jurisdiction conferred to it by Congress. *See South Carolina v. Katzenbach*, 383 U.S. 301 (1966).

> Congress has conferred subject matter jurisdiction on the district courts only in cases that raise a federal question and cases in which there is diversity of citizenship among the parties. See 28 U.S.C. '' 1331-32.

*Smart v. Local 702 Intern. Broth. of Elec. Workers*, 562 F.3d 798, 802 (7th Cir. 2009). The plaintiff shall have through September 9, 2011, in which to supplement her complaint by setting forth the basis of this court=s jurisdiction over her claims.

**IT IS SO ORDERED.**

Date: _09/01/2011_

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Sheila Rudolph
5890 Cooper Rd.
Indianapolis, IN  46228