UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| SHEILA RUDOLPH, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | 1:11-cv-1164-JMS-DKL |
|  | ) |  |
| ROBERT RIFKIN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's request to proceed in forma pauperis is **granted [dkt**. 2].

2. A district court possesses only the jurisdiction conferred to it by Congress. *See South Carolina v. Katzenbach*, 383 U.S. 301 (1966).

> Congress has conferred subject matter jurisdiction on the district courts only in cases that raise a federal question and cases in which there is diversity of citizenship among the parties. See 28 U.S.C. ' ' 1331-32.

*Smart v. Local 702 Intern. Broth. of Elec. Workers*, 562 F.3d 798, 802 (7th Cir. 2009). The plaintiff shall have through September 9, 2011, in which to supplement her complaint by setting forth the basis of this court=s jurisdiction over her claims.

**IT IS SO ORDERED.**

Date: 09/01/2011

Distribution:

Sheila Rudolph
5890 Cooper Rd.
Indianapolis, IN 46228

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana