UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SHEILA RUDOLPH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) 1:11-cv-1164-JMS-DKL |
| ROBERT RIFKIN, | ) ) ) |
| Defendant. | ) |

**Entry and Order Directing Dismissal of Action**

This is an action for legal malpractice. The plaintiff was informed of this court's limited jurisdiction and given an opportunity to supplement her complaint by alleging a basis for the exercise of that jurisdiction either through the existence of a federal question or based on the existence of complete diversity of citizenship.

The plaintiff has supplemented her complaint and in doing so has expanded on her claim, but her supplement does not identify or even purport to identify a basis for the exercise of this court's jurisdiction. The court discerns no basis from the complaint or the supplement on which its jurisdiction could be exercised. The only proper course of action in these circumstances is to dismiss the action for lack of jurisdiction. *See Steel Co. v. Citizens for a Better Environment,* 523 U.S. 83, 94, 118 S.Ct. 1003, 140 L.Ed.2d 210 (1998) (quoting *Ex parte McCardle,* 74 U.S. (7 Wall.) 506, 514, 19 L.Ed. 264 (1868).

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 11/09/2011

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana